UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BOBBI KILBURN-WINNIE and MICHELLE ALLEN-GREGORY, on behalf of themselves and all similarly situated persons, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | 1:15-cv-01784-RLY-DKL |
| vs. | ) ) | |
| TOWN OF FORTVILLE, FORTVILLE WATER WORKS, and FORTVILLE UTILITIES, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFFS' MOTION TO CONVERT
AND SET BRIEFING SCHEDULE**

Defendants, Town of Fortville, Fortville Water Works, and Fortville Utilities, filed a motion that they stylized as a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Despite this, their brief in support cites to matters outside of the pleadings, includes a "designation of evidence," and provides the legal standard for a motion for summary judgment. Defendants' title for the motion is therefore puzzling. Plaintiffs, Bobbi Kilburn-Winnie and Michelle Allen-Gregory, now move to convert the motion to dismiss into one for summary judgment. Defendants do not object.

According to Rule 12(d), "If, on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56." Because the court declines to exclude the additional materials, the motion to dismiss shall be treated as a motion for

1

summary judgment. Under such circumstances, "All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion." *Id.*

Therefore, Plaintiffs' Motion to Convert Defendants' Motion to Dismiss to One for Summary Judgment and to Set a Briefing Schedule (Filing No. 34) is **GRANTED**. Briefing shall adhere to the schedule set forth in Local Rule 56-1. Plaintiffs should proceed as if the date of this Order is the date Defendants served their motion.

**SO ORDERED** this 26th day of April 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.

2